# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia



FILED
JUL - 2 2024
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Product Management Services
c/o Kandance Wells
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Spatz Laboratories c/o Kylie Cosmetics
Loreal USA
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 2:24-cv-00327
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kandance Wells
Street Address: 1546 Kanawha Blvd E #418
City and County: Charleston, Kanawha
State and Zip Code: West Virginia 25311
Telephone Number: (703) 402-2379
E-mail Address: productmgt21@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
　Name: Spatz Laboratories c/o Kylie Cosmetics
　Job or Title (if known): N/A
　Street Address: 1600 Westar Drive
　City and County: Oxnard, NA
　State and Zip Code: California 93033
　Telephone Number: (818) 287-0639
　E-mail Address (if known): N/A

Defendant No. 2
　Name: Loreal USA
　Job or Title (if known): N/A
　Street Address: 10 Hudson Yards 347 10th Avenue
　City and County: New York, NA
　State and Zip Code: New York 10001
　Telephone Number: (212) 818-1500
　E-mail Address (if known): N/A

Defendant No. 3
　Name:
　Job or Title (if known):
　Street Address:
　City and County:
　State and Zip Code:
　Telephone Number:
　E-mail Address (if known):

Defendant No. 4
　Name:
　Job or Title (if known):
　Street Address:
　City and County:
　State and Zip Code:
　Telephone Number:
　E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Corporate Espionage / Intellectual Property Theft Harrassment / Libel

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Product Management Services c/o Kandance Wells , is a citizen of the State of *(name)* West Virginia .

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b. If the defendant is a corporation

The defendant(s) (name) Kylie Cosmetics, Loreal USA, is incorporated under the laws of the State of (name) California, New York, and has its principal place of business in the State of (name) California, New York. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) United States.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: Dangers associated with monies earned from the use of plaintiff's business research, since 2005 (mass forms of espionage) and investments in make up line (trade infringement) and use of intimidation; harassment in telecommunal form (Wells v FCC)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant Kylie Jenner of Kylie Cosmetics active participation in mass investment & sale of plaintiff's businesses (in research phase) which led to Forbes list, causing plaintiff defamation, slander, in libel form (Loreal commercials) personally attacking plaintiff for her "monetary worth" - (involuntary "servitude"); (def.) modification of communications proving attack led to plaintiff's ban from business sectors.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Plaintiff seeks monetary relief in the amount of $12,000,000.00 to deter further case filings and to protect her safety due to money obtained from the mass marketing of her business research (to relieve the need for any further business ventures to be invested in and capitalized on by competition in her trade and further embarrassment associated with such investments in plaintiff's "research" and mass marketing thereof.

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/2/24

Signature of Plaintiff: /s/

Printed Name of Plaintiff: Kandance Wells c/o Product Management Services

B.  **For Attorneys**

Date of signing: 7/2/24

Signature of Attorney: /s/

Printed Name of Attorney: Kandance Wells (Pro Se)

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number: (703) 402-2379

E-mail Address: productmgt21@gmail.com