UNITED STATES DISTRICT COURT OF SOUTHERN WEST VIRGINIA

**Product Management Services**

versus

**Spatz Industries & Loreal**

Civil Case #: 2:2024cv00327

FILED SEP 13 2024 RORY L. PERRY II, CLERK U.S. District Court Southern District of West Virginia

<u>Re: Disclosure Statement</u>

<u>Motion: Findings in Diversity</u>

Plaintiff, Product Management Services, is a sole proprietorship and categorized by the Internal Revenue Service as an online business boutique. There is no specified disclosure statement attached to this business. Plaintiff submits to the court an online "Disclosure Statement for Patent Sharing" Form generated online as part of its business platform located at https://fgaxafd9.forms.app/consent-form-1.

Product Management Services is assigned EIN #: 82-5252621. Plaintiff finds diversity in *Product Management Services vs Verizon Corporation et al,* civil case #: 2:2024cv00328 & *Product Management Services vs Spatz Industries,* civil case #: 2:2024cv00327. Plaintiff claims similarities in illegal business practices (intellectual property theft of business research in cyber form and collection of investments intended for capital gains); and tortious acts (slander in libel form following filing of patents and trademarks) committed by both corporate entities against the plaintiff, Product Management Services.

[signature]

Product Management Service s c/o

Kandance Wells

Chief Executive Officer

(address undisclosed)

productmgt21@gmail.com

(703) 402-2379